# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# EASTERN DIVISION

DARRYL W. TYSON, JR.
Reg. #20129-078                                                                  PETITIONER

v.                              No. 2:17-cv-150-DPM

GENE BEASLEY, Warden,
FCI - Forrest City Low                                                           RESPONDENT

## ORDER

The Court received Tyson's objections on 29 September 2017. № 5. Those objections don't change the Court's conclusion that it lacks jurisdiction. The Court's 28 September 2017 Order stands. № 4.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 October 2017